BERDON, J., did not participate in the consideration or decision of this petition.

*F. Woodward Lewis, Jr.*, in support of the petition.

*Thomas A. Kaelin*, in opposition.

Decided July 3, 1997

## STATE OF CONNECTICUT *v.* BARRY GUESS

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 790 (AC 15846), is granted, limited to the following issue:

"Did the Appellate Court properly uphold the defendant's conviction of murder when Connecticut has not adopted the Uniform Determination of Death Act?"

The Supreme Court docket number is SC 15723.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Mary H. Lesser*, assistant state's attorney, in opposition.

Decided July 3, 1997

## STATE OF CONNECTICUT *v.* RICHARD RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 818 (AC 13900), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided July 3, 1997